MILTON G. HAUER, Appellant, *v.* PHILIP J. RUDDEN, as Executor of FLORENCE RUDDEN, Deceased, Respondent.

Submitted January 6, 1941; decided January 16, 1941.

*Jacob M. Zinaman* for motion.

*Henry Allen Mark* for respondent.

Motion granted on payment of ten dollars costs.

CHARLES D. BECKWITH, Appellant, *v.* MAY A. BECKWITH, Respondent, Impleaded with Another.

Submitted January 6, 1941; decided January 16, 1941.

*Sol Rubin* for motion.

*Daniel J. Dugan* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.